US DISTRICT COURT
123 EAST WALNUT ST.
DeS Moines IA 50309

Ciuil SuiT - OTTUMWA police DePATTMENT.

The OTTUMWA police DePATTMENT has harrased
me Since nov-2020.

I WAS FAlSely Arrested on november 4th
2020. They didnot read me my rightS,
And They didn't have Any STATEMENTS From
Any WiTnesseS AT This Time. Theree WAS no
InvesTAGATION. I WAS ArreSTed for IndeceNT
exposure That I did nt do. I WAS put
In JAil And checked In. LATer THAT night
An officer went To The wiTnesses house
And got STATEMENTS. That WAS AFTer my
Arrest. AFTer my release I Asked for
copyS of The video From The police
CAr'S video. I WAS denied bye The
police DePATment. I AlSo Asked The
distrcT court For A copy. They denied
me. On AugeST 18th 2021 They held
depositions. during The depositions An
officer TesTiFied That he went To The
wiTnesses home And got Theree STATements.
he Said, I never Seen The Third wiTness.

The FACT IS Thee WAS Three STATements
From Thee witnesses on Nov-4th 2020.
IF The officer never Seen The Third how
did he get Three. So I got The
witness Statements out And 2 of The
Statements were written bye The Same
person. exact Penmanship, everything exact.
So one of The Two witnesses That was
present wrote Two of The Statements out
of The Three. This was Submitted To The
court And used To charge me And court
hearings. That is A False Document That
was used Against me. The ottumua police
Department committed Fraud on A False
Document And Submitted To The court.

November 5th 2021, I was Arrested
For harasment third degree 2 counts That
I didn't do. the officer showed me A warrant
but It did not have A Time Stamp or A
Judges Signature. I was Falsely Arrested.
Also put In Jail.

On January 16th 2022 I was Falsely
Arrested For 2 no contact order Violations.
The officer knew I didn't do Any Thing but
Arested me Anyway. It was Planned, The

Officer Told me what I did before he even spoke To The Supposed witness. I had no Knowledge of The witnesses presence. He also called me a FuCKin petafile, Sorry But That's what he said. I was put In Jail And had To Stay The night. The officer would not know what I Supposedly did when he Just got There. The Arrest was For The present moment And earlier In The day. The present moment he would not Know.

So I Am Asking For 30,000 per Incident on These. I would resvest A Jury Trail. Also I am considered Indigant by the The district court. So I resvest Filings Fees be waived.

MARK EASTON

November 26th 2021

I was In Wildwood park looking For Something on The passenger Seat. An Officer pulled behind me And Turned on his lights. he came up To The vehicle And Asked what I was doing. I Said, Just looking For Something. he Said, do I Smell Alcohol, I Said, no

I dont drink. he said. I think I smell Alcohol. I said, I told you I dont drink. he said, MR Easton, step out of the car. I got out and he tried to keep my car door open. Then he said, will you do the Field Sobriety tests. I said, In one sentence, no but I will take the breathalizer, he asked four times. I said The Same thing every time. he finally got The breathalizer and I blew in it. It was zero. he then said, MR Easton, Are you doing drugs, I said, no. he asked me To submitt to a test, I said go ahead. he did and After Stomped Away to his car and on his way said, you can go. The week before an officer asked me if I got my license back, I said, yes. It's obvious he was trying to take my license so I couldn't get around.

I was also stoped 6 more times with miscelonouse harrasment.
I want to the police station and asked for a print out of the stops and why. They told me they have the dates and nothing else.

That's a FLAT out lie, They not going to put DATES And no reason with Them. They refused To give me my Information.

In July 2022, I just got off work. The park And campground In ottumua is Accesible 24 hours. I had my Turn Signal on To pull In And a cop car came And Turned before me, I pulled In, The police car pulled over, I went past And she got right behind me. I pulled Into a parking Spot And she puled tn behind me. So I pulled out And left The park, She continued To follow me for About a mile, I Then pulled Into a bp gas station, She Then Turned her lights on, Accused me of reckless driving. I said This is clearly harrasment. She finally let me go. They have been doing This For over 2 years And conspiring with The district court.

I Ask For A Jury Trail on This And 30,000 or The maximum Amount For False Arrest's, False Document, Harrassment, And Calling me A Fuckin petaFile. Sorry, And Waiver of Fee's. I'm Indigent

MARK EASTON
9-5-22

US District Court

123 East Walnut St

Des Moines IA 50309


Motion For Court Appointed Attorney From

Des Moines For This Civil Suit. I'm

Indegent

Mark E

MARK EASTON

9-5-22

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| MARK EASTON <br> 1953 CHESTER AVE <br> OTTUMWA IA 52501 | OTTUMWA POLICE DEPT <br> 330 W 2nd ST <br> OTTUMWA IA 52501 |

| | | |
|---|---|---|
| **(b)** County of Residence of First Listed Plaintiff   Wapello <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Wapello <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*     Attorneys *(If Known)*

---

| II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* |
|---|---|

II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

---

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance <br> [ ] 120 Marine <br> [ ] 130 Miller Act <br> [ ] 140 Negotiable Instrument <br> [ ] 150 Recovery of Overpayment & Enforcement of Judgment <br> [ ] 151 Medicare Act <br> [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) <br> [ ] 153 Recovery of Overpayment of Veteran's Benefits <br> [ ] 160 Stockholders' Suits <br> [ ] 190 Other Contract <br> [ ] 195 Contract Product Liability <br> [ ] 196 Franchise | **PERSONAL INJURY** <br> [ ] 310 Airplane <br> [ ] 315 Airplane Product Liability <br> [ ] 320 Assault, Libel & Slander <br> [ ] 330 Federal Employers' Liability <br> [ ] 340 Marine <br> [ ] 345 Marine Product Liability <br> [ ] 350 Motor Vehicle <br> [ ] 355 Motor Vehicle Product Liability <br> [ ] 360 Other Personal Injury <br> [ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** <br> [ ] 365 Personal Injury - Product Liability <br> [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> [ ] 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> [ ] 370 Other Fraud <br> [ ] 371 Truth in Lending <br> [ ] 380 Other Personal Property Damage <br> [ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 <br> [ ] 690 Other | [ ] 422 Appeal 28 USC 158 <br> [ ] 423 Withdrawal 28 USC 157 <br> **INTELLECTUAL PROPERTY RIGHTS** <br> [ ] 820 Copyrights <br> [ ] 830 Patent <br> [ ] 835 Patent - Abbreviated New Drug Application <br> [ ] 840 Trademark <br> [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act <br> [ ] 376 Qui Tam (31 USC 3729(a)) <br> [ ] 400 State Reapportionment <br> [ ] 410 Antitrust <br> [ ] 430 Banks and Banking <br> [ ] 450 Commerce <br> [ ] 460 Deportation <br> [ ] 470 Racketeer Influenced and Corrupt Organizations <br> [ ] 480 Consumer Credit (15 USC 1681 or 1692) <br> [ ] 485 Telephone Consumer Protection Act <br> [ ] 490 Cable/Sat TV |
| **REAL PROPERTY** <br> [ ] 210 Land Condemnation <br> [ ] 220 Foreclosure <br> [ ] 230 Rent Lease & Ejectment <br> [ ] 240 Torts to Land <br> [ ] 245 Tort Product Liability <br> [ ] 290 All Other Real Property | **CIVIL RIGHTS** <br> [x] 440 Other Civil Rights <br> [ ] 441 Voting <br> [ ] 442 Employment <br> [ ] 443 Housing/ Accommodations <br> [ ] 445 Amer. w/Disabilities - Employment <br> [ ] 446 Amer. w/Disabilities - Other <br> [ ] 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> [ ] 463 Alien Detainee <br> [ ] 510 Motions to Vacate Sentence <br> [ ] 530 General <br> [ ] 535 Death Penalty <br> **Other:** <br> [ ] 540 Mandamus & Other <br> [ ] 550 Civil Rights <br> [ ] 555 Prison Condition <br> [ ] 560 Civil Detainee - Conditions of Confinement | **LABOR** <br> [ ] 710 Fair Labor Standards Act <br> [ ] 720 Labor/Management Relations <br> [ ] 740 Railway Labor Act <br> [ ] 751 Family and Medical Leave Act <br> [ ] 790 Other Labor Litigation <br> [ ] 791 Employee Retirement Income Security Act <br> **IMMIGRATION** <br> [ ] 462 Naturalization Application <br> [ ] 465 Other Immigration Actions | **SOCIAL SECURITY** <br> [ ] 861 HIA (1395ff) <br> [ ] 862 Black Lung (923) <br> [ ] 863 DIWC/DIWW (405(g)) <br> [ ] 864 SSID Title XVI <br> [ ] 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> [ ] 870 Taxes (U.S. Plaintiff or Defendant) <br> [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 850 Securities/Commodities/ Exchange <br> [ ] 890 Other Statutory Actions <br> [ ] 891 Agricultural Acts <br> [ ] 893 Environmental Matters <br> [ ] 895 Freedom of Information Act <br> [ ] 896 Arbitration <br> [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> [ ] 950 Constitutionality of State Statutes |

---

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 30,000    CHECK YES only if demanded in complaint:

JURY DEMAND:   [x] Yes   [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*   harasment, false arrests

JUDGE _____    DOCKET NUMBER _____

DATE   9-5-22    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

OTTUMWA IA
52501

X-RAYED & CLEARED BY U.S.M.S.

US DISTRICT COURT
123 EAST WALNUT ST.
50309